```
                    UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEW HAMPSHIRE
```

**United States of America**

    **v.**                                            Case No. 07-cr-120-02-PB

**James Foster Smith and**
**Jesus Arturo Castro**


### O R D E R

Defendant James Foster Smith, through counsel, has moved to continue the July 10, 2007 trial in the above case, citing newly appointed counsel's need for additional time to properly prepare for trial.  The government and co-defendant Jesus Arturo Castro do not object to a continuance of the trial date.

Accordingly, for the above reason, the court will continue the trial from July 10, 2007 to October 10, 2007.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendants in a speedy trial.

The June 25, 2007 final pretrial conference is continued to September 25, 2007 at 3:45 p.m.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

June 25, 2007

cc: Thomas McCue, Esq.
Michael Iacopino, Esq.
Peter Keller, Esq.
United States Probation
United States Marshal